1

2

3          **UNITED STATES DISTRICT COURT**

4          **NORTHERN DISTRICT OF CALIFORNIA**

5

6    **ILWU WAREHOUSE WELFARE TRUST, ET**        CASE NO.  18-cv-02118-YGR
     **AL.,**
7
                   Plaintiffs,
                                                 **ORDER RE: SEPTEMBER 21, 2018**
8                                                **COMPLIANCE HEARING**

9            vs.                                 Re: Dkt. No. 21

     **REPUBLIC SERVICES, INC.,**
10
                   Defendant.
11

12          On July 10, 2018, the Court agreed to grant the parties' joint request to continue the case

13   management conference but required, at a minimum, the filing of a "joint status report on the

14   progress of the audit proceedings" by September 14, 2018. (Dkt. No. 20.)  The Court has received

15   an untimely statement by plaintiffs themselves regarding the progress of the audit proceedings

16   underway in this case, filed on September 17, 2018, which left many questions unanswered.  (Dkt.

17   No. 21.)

18          First, the Court issues an **ORDER TO SHOW CAUSE** why defendant should not be

19   sanctioned in the amount of $200.00 for failing to comply with this Court's order.  Plaintiffs are

20   hereby warned to comply with this Court's orders in a timely fashion.  A hearing on this Order to

21   Show Cause will be held on **Monday, October 1, 2018** on the Court's **2:01 a.m.** Calendar, in the

22   Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

23          By no later than **Monday, September 24, 2018**, defendant must file a written response to

24   this Order to Show Cause why they should not be sanctioned for their failure to comply with the

25   stated rule.  If the Court is satisfied with the defendant's response, defense counsel need not

26   appear and the hearing will be taken off calendar.  Otherwise, lead trial counsel must personally

27   appear at the hearing.  Neither a special appearance nor a telephonic appearance will be

28   permitted.  Failure to file a joint statement, written response or to appear personally will be

1 | deemed an admission that no good cause exists and that the imposition of monetary sanctions is

2 | appropriate.

3 |       Second, the Court hereby sets a conference for **Monday, October 1, 2018 at 2:01 p.m.** in

4 | the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1 to resolve all

5 | outstanding issues with respect to the ongoing audit.  By no later than **Monday, September 24,**

6 | **2018**, parties may file  a joint statement containing additional information regarding those

7 | outstanding issues.  If the Court is satisfied that the issues related to the ongoing audit have been

8 | resolved, the parties need not appear and the conference will be taken off calendar.

9 |       The Court **VACATES** the compliance hearing currently scheduled for Friday, September 21,

10 | 2018.

11 |       **IT IS SO ORDERED.**

Dated: September 18, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**