MICHAEL G. CONGIU, Bar No. 0397018
mcongiu@littler.com
MICHAEL R. LINK, Bar No. 0390019
mlink@littler.com
LITTLER MENDELSON, P.C.
1300 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402.2136
Telephone: 612.630.1000
Facsimile: 612.630.9626
*Admitted Pro Hac Vice*

COURTNEY M. OSBORN, Bar No. 312011
cosborn@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
REPUBLIC SERVICES, INC.

MATTHEW P. MINSER, Bar No. 296344
mminser@sjlawcorp.com
ANA P. HALLMON, Bar No. 253309
ahallmon@sjlawcorp.com
SALTZMAN & JOHNSON LAW
CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, CA 94502
Telephone: (510) 906-4710

Attorneys for Plaintiffs,
ILWU Warehouse Welfare Trust, et al.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILWU WAREHOUSE WELFARE TRUST; AND JAMES BEARD AND LARRY MORRISON, as Trustees of the ILWU Warehouse Welfare Trust,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC SERVICES, INC.,<br><br>Defendant. | Case No. 4:18-cv-02118-YGR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Date: June 4, 2019<br>Time: 10:00 a.m.<br>Place: Courtroom A, 15th Floor<br><br>Complaint Filed: April 6, 2018<br>Trial Date: None Set |

LITTLER MENDELSON, P.C.
333 Bush Street, Fl. 34
San Francisco, CA
94104

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE SETTLEMENT
CONFERENCE

Case No. 4:18-CV-02118-YGR

1       Subject to the approval of the Court, Defendant REPUBLIC SERVICES, INC.

2 ("Defendant") and Plaintiffs ILWU WAREHOUSE WELFARE TRUST, JAMES BEARD, AND

3 LARRY MORRISON ("Plaintiffs"), through their respective counsel of record, hereby stipulate to the

4 following:

5       WHEREAS,

6       1.     On March 1, 2019, the Parties received notice that the Settlement Conference

7 had been set by the Court for March 22, 2019 at 10:00 a.m.;

8       2.     On March 11, 2019, the Parties received notice that the Settlement Conference

9 had been reset by the Court from March 22, 2019 to April 19, 2019 at 10:00 a.m.;

10       2.     The Defendant had a substitution of counsel on April 3, 2019;

11       3.     The parties have checked the Court's availability and request that the Court

12 continue the Settlement Conference from April 19, 2019 to June 4, 2019.

13       THEREFORE,

14       Subject to approval by the Court, Defendant and Plaintiff stipulate to continue the

15 Settlement Conference, and propose the following new date: **June 4, 2019**.

16       .

17 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

18   Dated:     April 17, 2019      Respectfully submitted,

19                */s/ Courtney M. Osborn*

20                Courtney M. Osborn
               LITTLER MENDELSON, P.C.

21                Attorneys for Defendant

22   Dated:     April 17, 2019      Respectfully submitted,

23                */s/ Matthew P. Minser*

24                Matthew P. Minser
               Attorneys for Plaintiffs, ILWU Warehouse

25                Welfare Trust, et al.

26

27

28

LITTLER MENDELSON, P.C.
333 Bush Street, Fl. 34
San Francisco, CA
94104

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE SETTLEMENT
CONFERENCE

1.

Case No. 4:18-CV-02118-YGR

1                              **[PROPOSED] ORDER**

2                    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  **The Settlement Conference is continued to June 4, 2019 @ 10:00 a.m.**

4   Dated:  April __17__, 2019

5                                                    _____
                                                    THOMAS S. HIXON
6                                          United States Magistrate Judge

7  **Settlement Conference Statements shall be lodged no later than May 28, 2019.**

8    FIRMWIDE:163920512.2 068119.1792

LITTLER MENDELSON, P.C.
333 Bush Street, Fl. 34
San Francisco, CA
94104

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE SETTLEMENT          2.          Case No.  4:18-CV-02118-YGR
CONFERENCE