Matthew P. Minser (SBN: 296344)
Ana P. Hallmon (SBN: 253309)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, CA 94502
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com
Email: ahallmon@sjlawcorp.com

Attorneys for Plaintiffs,
ILWU Warehouse Welfare Trust, et al.

MICHAEL G. CONGIU, Bar No.0397018
mcongiu@littler.com
MICHAEL R. LINK, Bar No. 0390019
mlink@littler.com
LITTLER MENDELSON, P.C.
1300 IDS Center
80 South 8th Street
Minneapolis, Minnesota
55402.2136
Telephone: 612.630.1000
Facsimile: 612.630.9626
Admitted Pro Hac Vice

Attorneys for Defendant REPUBLIC SERVICES, INC

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
10/14/2020

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILWU WAREHOUSE WELFARE TRUST; AND JAMES BEARD AND LARRY MORRISON, as Trustees of the ILWU Warehouse Welfare Trust,<br><br>    Plaintiffs,<br><br>v.<br><br>REPUBLIC SERVICES, INC.<br><br>    Defendant. | Case No.: 18-cv-02118-YGR<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL**<br><br>Date:   July 31, 2020<br>Time:   9:01 a.m.<br>Ctrm:   via Zoom<br>Judge:  Hon. Judge Yvonne Gonzalez Rogers |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1)(ii), Plaintiffs ILWU Warehouse Welfare Trust, et al. and named Defendant Republic Service, through their attorneys, reached a resolution and stipulate to the voluntary dismissal of this action, in its entirety, with prejudice.

//

//

Respectfully submitted,

Dated: October 8, 2020                    SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
Matthew P. Minser
Attorneys for Plaintiffs, ILWU Warehouse Welfare Trust, et al.

Dated: October 8, 2020                    LITTLER MENDELSON, P.C.

_____/S/_____
Michael G. Congiu
Attorney for Defendant, Republic Services, Inc.

**STIPULATION FOR VOLUNTARY DISMISSAL**
P:\CLIENTS\ILWWF\Collections\Cases\Republic Services\Pleadings (2018 action)\Stipulation to Dismiss 100820.docx

**Case No.: 18-cv-02118-YGR**

**ATTESTATION CERTIFICATE**

In accord with the Northern District of California's Civil Local Rule 5-1, I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page.

Dated: October 8, 2020

By: _____/S/_____
Matthew P. Minser
Attorneys for Plaintiffs